IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | CIVIL ACTION NO. 3:09cv1110-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 19, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that (1) the recommendation of the magistrate judge (doc. no. 3) is adopted and (2) petitioner's  28 U.S.C. § 2255 motion (doc. no. 1) is denied because petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

Done this the 11th day of May, 2010.

 /s/  MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE