IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, | ) |
| Petitioner, | ) ) ) |
| v | ) CIVIL ACTION NO. 3:09cv1110-MHT |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) ) |

## JUDGMENT

It is ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 11th day of May, 2010.

      /s/  MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE